Justin D. Harris, #199112
MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654
jdh@mmwbr.com

Attorneys for PATRICIA RAMIREZ

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | Case No.: 13-54632 |
|---|---|
| PATRICIA RAMIREZ, | Chapter 7 Case |
| Debtor. | [No Hearing Required] |
| | Date: N/A<br>Time: N/a<br>Courtroom: 3020<br>Judge: Honorable Arthur S. Weissbrodt |

## MOTION TO CLOSE BANKRUPTCY CASE

Debtor Patricia Ramirez hereby moves pursuant to Bankruptcy Code Section 350(b) to close the above-captioned bankruptcy case. This case was reopened pursuant to Order Reopening Chapter 7 Bankruptcy Case dated May 28, 2014. On May 30, 2014, Debtor amended her schedules to correct an inadvertently omitted asset in the form of pending litigation. Debtor also exempted that asset. Notice of the amendment was provided to the affected parties. There have been no further filings or objections in the case. The case has been fully administered. Debtor now moves to close again the

above-captioned bankruptcy case, as fully administered, and for such other and further relief as may be just and proper under the circumstances.

Dated: July 2, 2014

MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By: _____
Justin D. Harris, Attorneys for
Debtor Patricia Ramirez

2

{05644/0000//365971.DOC}

MOTSCHIEDLER,
MICHAELIDES,
WISHON, BREWER &
RYAN, LLP

Case: 13-54632   Doc# 15   Filed: 07/02/14   Motion to Close Bankruptcy Case   Entered: 07/02/14 18:53:01   Page 2 of 2